AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00100 |
| Paul Kovacik | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/10/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Paul Kovacik,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/10/2022

2022.05.10 15:16:58 -04'00'
*Issuing signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/19/22, and the person was arrested on *(date)* 06/19/22
at *(city and state)* Rockport, In. 47635.

Date: 06/21/22

c/o Tim Heady #72
*Arresting officer's signature*

c/o Tim Heady #72
*Printed name and title*